UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DE ION RICHARDS-DAIKAI, | No. 2:15-cv-1720 MCE GGH PS |
| Plaintiff, | |
| v. | ORDER TO SHOW CAUSE |
| DEPARTMENT OF MOTOR VEHICLES OF THE STATE OF CALIFORNIA, | |
| Defendant. | |

This action was referred to the undersigned pursuant to Local Rule 302(c)(21). Pursuant to Federal Rule of Civil Procedure 4(m), the court may dismiss an action where service of summons is not made within 120 days after the filing of the complaint. In the order requiring timely service filed December 2, 2015, plaintiff was cautioned that this action may be dismissed if service was not timely completed. This action was filed August 12, 2015 and plaintiff has not yet served defendant with summons.

\\\\\
\\\\\
\\\\\
\\\\\
\\\\\
\\\\\

1

Accordingly, IT IS HEREBY ORDERED that:

Plaintiff shall show cause, in writing, within fourteen days from the date of this order, why this action should not be dismissed for failure to comply with Federal Rule of Civil Procedure 4(m).  Failure to timely file the required writing will result in a recommendation that the case be dismissed.

Dated: March 17, 2016

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

GGH:076/Richards-Daikai1720.osc

2